**EVERSHARP, INC., Appellant,**

v.

**PHILIP MORRIS, INCORPORATED,**
**Appellee.**

**No. 10815.**

United States Court of Appeals
Fourth Circuit.

Argued Jan. 13, 1967.

·Decided March 6, 1967.

John D. Dewey, Chicago, Ill. (George R. Humrickhouse, Richmond, Va.,˙ Raymond L. Greist, Chicago, Ill. and Fielding L. Williams, Richmond, Va., Greist, Lockwood, Greenwalt & Dewey, Chicago, Ill., and Williams, Mullen & Christian, Richmond, Va., on brief), for appellant.

John T. Kelton, New York City (Elmer R. Helferich, New York City, and Lewis T. Booker, Richmond, Va., Watson, Leavenworth, Kelton & Taggart, New York City, and Hunton, Williams, Gay, Powell & Gibson, Richmond, Va. on brief), for appellee.

Before SOBELOFF and CRAVEN, Circuit Judges, and KAUFMAN, District Judge.

PER CURIAM:

This appeal concerns the validity and infringement of U. S. Letters Patent No. 3,071,857 covering the Schick single edge safety razor blade manufactured by Eversharp. The manufacturer sued Philip Morris, claiming that the defendant's Pal and Personna safety razor blades infringed its patent. In an incisive and well reasoned opinion, the District Court held plaintiff's patent invalid and not infringed. After carefully considering each of the appellant's arguments, we find ourselves in complete agreement with the District Court and adopt its opinion as our own.

Affirmed.

**James Frederick RONAN, Jr., Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 6832.**

United States Court of Appeals
First Circuit.

March 22, 1967.

James Frederick Ronan, Jr., pro se.

Jeanine Jacobs, Attorney, Department of Justice, with whom Mitchell Rogovin, Asst. Atty. Gen., and Lee A. Jackson and David O. Walter, Attorneys, Department of Justice, were on brief, for respondent.

Before ALDRICH, Chief Judge, WOODBURY,* Senior Judge, and COFFIN, Circuit Judge.

PER CURIAM.

The court has reviewed the opinion of the Tax Court and the proceedings, both before and afterwards, and finds no error. The decision is affirmed.

* By designation.